Megan Dodd <meganashley918@gmail.com>
2:40 PM (0 minutes ago)
to me

PETITION FOR WRIT OF MANDAMUS

FILED
JAN 3 0 2026
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

Case No. CIV-26-29-DES

MEGAN DODD,

Plaintiff/Petitioner,

v.

HASKELL COUNTY SHERIFF'S DEPARTMENT,

UNKNOWN HASKELL COUNTY DEPUTIES,

AND ANY OTHER STATE OR COUNTY ACTORS INTERFERING WITH COURT-ORDERED PROPERTY RETRIEVAL,

Respondents.

Case No.

PETITION FOR WRIT OF MANDAMUS

AND EMERGENCY RELIEF

Petitioner, Megan Dodd, respectfully petitions this Court for issuance of a Writ of Mandamus pursuant to 28 U.S.C. § 1361 and the Court's inherent equitable powers, and states as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1361, as this action seeks to compel federal and state actors acting under color of law to perform ministerial, non-discretionary dutiesrequired by law.

2. Venue is proper in the Eastern District of Oklahoma, as the property at issue is located within this district at 704 SE J Street, Stigler, Oklahoma, and the acts complained of occurred within this district.

## II. FACTUAL BACKGROUND

3. Petitioner is the lawful owner and/or lawful possessor of personal property located at 704 SE J Street, Stigler, Oklahoma, including but not limited to clothing, personal records, legal files, household goods, and items necessary for daily living and ongoing federal litigation.

4. Petitioner has made repeated, good-faith attempts to retrieve her personal belongings in an orderly and lawful manner.

5. Despite court orders and lawful entitlement, county law enforcement officers and other state actors have repeatedly obstructed, harassed, threatened, and prevented Petitioner from retrieving her property, including:

- Threats of arrest while Petitioner was on her own property

- Refusal to allow Petitioner to return with a truck or U-Haul

- Arbitrary time limitations not ordered by any court

- Interference that directly obstructs Petitioner's access to legal mail and federal court filings

6. These actions are not discretionary and exceed lawful authority, constituting an unlawful deprivation of property without due process in violation of the Fourth, Fifth, and Fourteenth Amendments.

7. Petitioner has a pending federal lawsuit, and the continued

obstruction of her property and mail access is causing irreparable harm, including interference with her ability to litigate and comply with court deadlines.

### III. LEGAL STANDARD FOR MANDAMUS

8. A writ of mandamus is appropriate where:

- The petitioner has a clear right to the relief requested;

- The respondent has a clear duty to act; and

- No other adequate remedy exists.

9. Law enforcement officers have a non-discretionary duty to refrain from unlawfully interfering with a citizen's lawful retrieval of personal property when no court order prohibits such access.

10. Respondents' continued interference is ministerial misconduct, not protected discretion.

### IV. IRREPARABLE HARM

11. Petitioner is suffering ongoing and irreparable harm, including:

- Loss of access to personal and legal property

- Interference with federal court access and legal mail

- Emotional distress and intimidation under color of law

- Continued constitutional violations

12. Monetary damages are inadequate to remedy these harms.

V. REQUEST FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Court:

A. Issue a Writ of Mandamus directing Respondents to immediately allow Petitioner to retrieve all personal belongings from 704 SE J Street, Stigler, Oklahoma, without interference, harassment, or threat of arrest;

B. Order law enforcement to provide neutral civil standby only, solely to keep the peace, without obstructing property retrieval;

C. Prohibit Respondents from imposing arbitrary time limits, restrictions, or conditions not ordered by a court;

D. Order that Petitioner be permitted to use a truck or U-Haul to retrieve her belongings in one or more trips as reasonably necessary;

E. Grant such other and further relief as this Court deems just and proper.

VI. EMERGENCY CONSIDERATION REQUESTED

Petitioner requests expedited and emergency consideration, as each day of continued obstruction compounds constitutional harm and interferes with pending federal proceedings.

Respectfully submitted,

*Megan Dodd*

Megan Dodd

Meganashley918@gmail.com

1-30-26

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Respondents via U.S. Mail and/or electronic service on this ___ day of _____, 2026.

Megan Dodd

　　　　　Megan Dodd <meganashley918@gmail.com>

## PG-26-1 - Court File
1 message

**Eaton, Alex** <Alex.Eaton@oscn.net>　　　　　　　　　　　　　　　　Fri, Jan 30, 2026 at 12:04 PM
To: "meganashley918@gmail.com" <meganashley918@gmail.com>

Ms. Dodd:

Pursuant to Judge Henderson's Order, see attached a PDF containing all documents filed in PG-2026-1, including the Order from today's hearing setting this matter for final hearing on February 27, 2026 at 10:00 a.m.

Thank you.

# Alexandria Eaton

Judge's Secretary/Bailiff

202 East Main St., Ste. 10

Stigler, OK 74462

(918) 967-2500

📄 **combined-images-5084eda5-03ba-4d43-b6f1-12486c4146c9.pdf**
486K